UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANYUAN SHIPPING CO. LIMITED,

      Plaintiff,      07 Civ. _____

 - against -      ECF CASE

PINGXIANG IRON & STEEL CO. LTD.,

      Defendant.
------------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

      NONE.

Dated: October 17, 2007
   Southport, CT

      The Plaintiff,
      NANYUAN SHIPPING CO. LIMITED

      By: _____
      Nancy R. Peterson (NP 2871)
      Patrick F. Lennon (PL 2162)
      LENNON, MURPHY & LENNON, LLC
      The Gray Bar Building
      420 Lexington Ave., Suite 300
      New York, NY 10170
      (212) 490-6050
      facsimile (212) 490-6070
      nrp@lenmur.com
      pfl@lenmur.com