CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| NANYUAN SHIPPING CO. LIMITED, | : | |
| | : | |
| Plaintiff, | : | **07-CV-9312** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| PINGXIANG IRON & STEEL CO. LTD., | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       October 24, 2007

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

By: _____
                                      Richard J. Reisert (RR-7118)
                                      7800 River Road
                                      North Bergen, NJ  07047
                                      Tel: (201) 537-1200
                                      Fax: (201) 537-1201
                                      Email:  reisert@navlaw.com