UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANYUAN SHIPPING CO. LIMITED,

                Plaintiff,                        07-cv-09312-HB

- against -                                      ECF CASE

PINGXIANG IRON & STEEL CO. LTD.,

                Defendant.
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: September 4, 2008
       Southport, CT

                                  The Plaintiff,
                                  NANYUAN SHIPPING CO. LIMITED

                                  By: _/s/ Nancy Siegel_____
                                  Nancy R. Siegel (NP 2871)
                                  LENNON, MURPHY & LENNON, LLC
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  Phone (212) 490-6050
                                  Fax (212) 490-6070
                                  nrs@lenmur.com